IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL DOOLITTLE,**

                                      Case No.: 1:14-v-cv-00351-PLM

    **Plaintiff,**

                                      Hon.   JUDGE PAUL L. MALONEY

v

**SCOTT LOWERY LAW OFFICE,P.C.,**

    **Defendant.**
_____/
HURON LAW GROUP PLLC
Charles N. DeGryse (P72390)
Attorney for Plaintiff
30600 Telegraph Rd., Ste.1240
Bingham Farms, MI 48025
Tel: (248) 440-7322
Fax: (248) 327-2531
cdegryse@huronlawgroup.com
_____/

## VOLUNTARY DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses this suit prior to answer or other response by Defendant.

    This dismissal is WITH PREJUDICE as it was reached following settlement by the parties.

                                                                        Respectfully submitted:

Dated:  April 25, 2014                         /s/ Charles N. DeGryse_____
                                                                 Charles N. DeGryse (P72390)
                                                                   Huron Law Group PLLC
                                                                   Attorneys for Plaintiff